1
2
3
4                  UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7    GARY DARTEZ, et al.,                     Case No.  24-cv-03132-TLT

                    Plaintiffs,
8
                                              **ORDER TO SHOW CAUSE FOR**
9         v.                                  **FAILURE TO FILE RESPONSIVE**
                                              **PLEADING, RESPONSE DUE JULY 25,**
10   FEDERAL GOVERNMENT ADVISORS              **2024**
     LLC, et al.,
11                                            Re: Dkt. Nos. 14, 15, 17, 18
                    Defendants.
12            Self-represented litigants Gary Dartez and Tamisha Latimore filed suit against defendants

13   Federal Government Advisors LLC and FGA Powered by GovConnect LLC for (1) breach of

14   contract; (2) breach of privacy; (3) forgery; and (4) copyright infringement. Compl., ECF 1.

15   Federal Government Advisors is a governmental contract advisement and procurement company

16   located in Tampa, Florida. FGA Powered by GovConnect LLC provides the similar services and is

17   also located in Tampa, Florida. Gary Dartez is the sole member of Dartez Enterprises LLC. *Id.*

18            The pleadings allege that the defendant LLCs and their members operate fraudulent

19
     companies that advertise for services other than those they provide, lure businesses into spending
20
     thousands of dollars on worthless services which were not bargained for, and then "go silent"
21
     when prodded by their client base. *Id.* (common allegations). The pleadings also allege that
22
     defendant LLCs are owned and operated by the same persons who leave positive online reviews
23
     for defendant LLCs. Further, these persons may operate under aliases to disguise their real
24
     identities. *See id.* ¶ 43 ("The CEO of Federal Government Advisors, Jeffrey Londono and his
25
     father, Jhon Londono have several businesses in their names with matching positive reviews
26
     online, claiming to have won contracts with Federal Government Advisors.") Put colloquially, the
27
28

United States District Court
Northern District of California

pleadings allege that defendant companies, and their members, are a sham.

Dartez Enterprises entered into a services agreement with defendant LLCs, but after defendants reneged on their contract, Dartez asked for a refund. Defendants refused. Then, defendants presented a contract to Dartez that Dartez claims to have never seen. *Id.* ¶¶ 10–45 (plaintiff Dartez' allegations). The new contract included additional terms and was signed by plaintiff Tamisha Latimore. Latimore claims to have never signed the documents. *Id.* ¶ 54 (plaintiff Latimore's allegations).

The complaint was filed on May 23, 2024. ECF 1. On June 24, 2024, defendants FGA Powered by GovConnect LLC and Federal Government Advisors LLC were served with summons and complaint. ECF 12 & 13; *see* Fed. R. Civ. P. 5(b)(1) (service on attorney). The answer was due 21 days thereafter, on July 15, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

On July 15, 2024, self-representing plaintiffs filed two Motions to Compel Certification against each of the defendants. ECF 14 & 15. The following day, one day after the deadline for defendant's answer, plaintiffs filed two Motions to Compel Responsive Pleadings. ECF 17 & 18.

It is hereby **ORDERED** for defendants to **SHOW CAUSE** for why a responsive pleading has not been filed by **July 25, 2024**. Failure to respond may result in the clerk entering a default against each defendant. *See* Fed. R. Civ. P. 55(a).

Further, the Court strongly encourages plaintiffs Gary Dartez and Tamisha Latimore to use the pro-se handbook for assistance with the litigation (available online: https://www.cand.uscourts.gov/wpcontent/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf). A hard copy of the handbook is available free of charge at the Clerk's Office in the Northern District of California, San Francisco Courthouse, located at 450 Golden Gate Ave., San Francisco, California, 94102.

Plaintiffs Gary Dartez and Tamisha Latimore are also encouraged to seek legal assistance, free of charge, from the Legal Help Center located at the same address (listed above). Please

schedule an appointment by calling: 415-782-8982 or e-mail FedPro@sfbar.org. More information

on the Legal Help Desk can be found at https://cand.uscourts.gov/pro-se-litigants/.

This order resolves 14, 15, 17, and 18.

The matter is placed on the calendar for Thursday, July 25, 2024, at 3:00pm via

videoconference for Order to Show Cause.  All parties are required to appear.

**IT IS SO ORDERED.**

Dated: July 17, 2024

TRINA L. THOMPSON
United States District Judge