**GARY DARTEZ**
1503 Macdonald Ave. Suite A101
Richmond, CA 94801
Email: info@dartezenterprises.com

**TAMISHA LATIMORE**
Email: tamisha.latimore@gmail.com

**APPEARING PRO SE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ<br>TAMISHA LATIMORE,<br><br>Plaintiffs.<br><br>vs.<br><br>FEDERAL GOVERNMENT ADVISORS LLC<br>FGA POWERED BY GOVCONNECT LLC,<br><br>Defendants. | **Case No. 24-cv-03132-TLT**<br><br>**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO DISLCOSE INTERESTED PARTIES AND CORPORATE DISCLOSURES**<br><br>Date: October 8, 2024<br>Time: 2:00 PM<br><br>Honorable Trina L. Thompson<br>United States District Judge |

### I.      NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 8, 2024, at 2:00 PM, at the San Francisco Courthouse, Courtroom 9, 19th Floor, 50 Golden Gate Avenue, San Francisco, CA 94102 before the Honorable Trina L. Thompson, will the Plaintiffs move the Court, to compel Defendants to furnish a complete and accurate Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15.

## II.    ISSUES TO BE DECIDED

1.  Whether the Defendants provided a complete certificate of interested parties.

2.  Whether the Defendants provided a sufficient corporate disclosure statement.

3.  Whether the Defendants should amend the Certificate of Interested Parties and Corporate Disclosure Statement.

## III.    MEMORANDUM

Plaintiff Dartez and Plaintiff Latimore, individually and jointly hereby moves this Court to compel Defendants to amend their Certificate of Interested Parties and Corporate Disclosure Statement (ECF No. 35) pursuant to F.R. Civ. P 7.1 and Civil L.R. 3-15.

### A.  Background of Facts

This case arises from a flagrant breach of contract between parties residing in separate jurisdictions. Defendants, Federal Government Advisors LLC and FGA Powered By GovConnect LLC, in collusion with their counsel, have consistently acted in bad faith throughout the progression of this case. Patterns of misconduct and the egregious actions of Attorney Trescot Joseph Gear, who, through Defendants' current counsel, is deliberately attempting to defraud this Court by concealing material information regarding interested parties and affiliated entities.

Attorney Gear's egregious and calculated manipulation of this Court's processes to evade service of process has resulted in Attorney Gear's submission of false and misleading documents, gross negligence of this case, perjurious statements, and overall intentional deception of this Court.

Prior to the filing of this case, on April 30, 2024, Attorney Gear initiated contact with the Plaintiffs via email, asserting himself as the attorney and registered agent for FGA Powered By GovConnect LLC.

On June 24, 2024, the summonses for Defendants were served at Attorney Gear's Law Office, Gear Law LLC at 1405 W Swann Ave, Tampa, FL 33606. ECF No. 12 and 13 shows the successfully executed summons signed by Logan Wills on behalf of Trescot Gear and Gear Law LLC.

On July 8, 2024, 14 days following the executed summonses, Attorney Gear acknowledged notice of the lawsuit by emailing Plaintiff Dartez and Plaintiff Latimore regarding improper service. In this same correspondence, Attorney Gear offered to waive service of process, if Plaintiffs agreed to an extension for a responsive pleading. A common practice Attorney Gear has been using to his advantage in recent court actions, however, Plaintiffs of this matter responded to Attorney Gear for clarity on discussions surrounding this case and the copyright infringement notice he had received via registered email. Attorney Gear did not respond.

Due to the confusing nature of Attorney Gear's email and after a week of no response to the July 8th email, it was presumed that Attorney Gear had attempted to coerce and confuse the Plaintiffs into agreeing to an ACTION that provided no benefit, would cause further injury, and would allow the Defendants additional time to organize their lies. Particularly since service was executed successfully by Criminal Investigator Deputy U.S. Marshal, Arturo Garcia.

On July 15, 2024, Plaintiffs filed two Emergency Motions to Compel Defendants to furnish Certification. A copy of the filing was sent registered email to Attorney Gear, to which Attorney Gear opened the email but failed to respond.

Additionally on July 15, 2024, Plaintiffs followed-up to their July 8th email, declining Attorney Gear's offer of a responsive pleading of August 8, 2024 in exchange for waiving service of process.

With the evasive nature of Attorney Gear's actions, on July 16, 2024, Plaintiffs filed two Emergency Motions for a Responsive Pleading since the Defendants had missed the Court-ordered deadline of July 15, 2024.

On August 12, 2024, Deputy Garcia submitted his statement of successful service of process to Plaintiff Dartez via email. Despite Deputy Garcia being on FMLA leave, a statement is furnished to this Court to confirm that he had successfully executed the summonses upon the Defendants, as ordered by the Honorable Trina L. Thompson. *See* **Exhibit A.**

Due to the continued egregious actions of the Defendants and their Counsel, Plaintiffs have diligently investigated potential conflicts and identified additional parties of interest that Defendants have intentionally omitted throughout this case.

**B.  Argument**

**Issue No. 1 Disclosure of Conflicts and Interested Entities or Persons** pursuant to Civil L.R. 3-15, Defendants and their Counsel, including their registered agent and attorney on file, Trescot Gear, had a fiduciary duty to report and were required by the Court to file a "Certification of Conflicts and Interested Entities or Persons" with their first appearance, filing, or other request addressed to the court.

Defendants and their Counsel have intentionally omitted Advantage Platform Services Inc. as a party of interest as evidenced on the State of Florida Uniform Commercial Code Financing Statement Form. *See* **Exhibit B.**

Defendants and their Counsel have intentionally omitted Parkview Advance LLC as a party of interest as evidenced on the State of Florida Uniform Commercial Code Financial Statement Form. *See* **Exhibit C.**

Defendants and their Counsel have intentionally omitted Sound Advance LLC as a party of interest as evidenced on the State of Florida Uniform Commercial Code Financial Statement Form. *See* **Exhibit D.**

Defendants and their Counsel have intentionally omitted Attorney Trescot Joseph Gear as a party of interest for the blatant perjury of official documents. *See* **Exhibit E.**

Defendants and their Counsel have intentionally omitted JNJ Insurance Agency LLC as a party of interest as evidenced on Sunbiz, the State of Florida's Division of CORPORATIONS. *See* **Exhibit F.**

Plaintiff Dartez and Plaintiff Latimore hereby reassert and reiterate, to the best of their knowledge, the identities of all parties materially involved in this action as follows:

1) **Federal Government Advisors LLC**

   Party of interest to this matter as the original Defendant.

2) **FGA Powered By GovConnect LLC** DOING BUSINESS AS **Contract Smart.AI LLC**

   Party of interest to this matter as the original Defendant using a tradename.

3) **Trescot Joseph Gear, Esq.** and **Gear Law LLC**

   Party of interest to this matter individually, as a Licensed Florida Bar Attorney, and jointly as Managing Partner of Gear Law LLC for legal malpractice with intent to defraud and deceive.

4) **JNJ Insurance Agency** DOING BUSINESS AS **Infinite Insure LLC**

   Party of interest to this matter for identity theft of Plaintiff's personal information.

5) **Advantage Platform Services Inc.**

Party of interest to this matter for having a security interest in the Defendants' assets.

6) **Parkview Advance LLC**

Party of interest to this matter for having a security interest in the Defendants' assets.

7) **Sound Advance LLC**

Party of interest to this matter for having a security interest in the Defendants' assets.

8) **Logan Wills**

Party of interest to this matter in his professional capacity for interference in a legal proceeding with intent to deceive, defraud and confuse.

9) **Eric Smith**

Party of interest to this matter for public claims of 10% ownership in Federal Government Advisors LLC.

**Issue No. 2** **Disclosure Statement** pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants and their Counsel, including their registered agent and attorney on file, Trescot Gear, had a fiduciary duty to provide disclosures identifying any parent corporation and any publicly held corporation owning 10% or more of its stock. Pursuant to Rule 7.1(b), Defendants were required to file the disclosure statement with their first appearance, pleading, petition, motion, response, or other request addressed to the court.

**Issue No. 3** pursuant to Rule 37(a)(3)(A) of the Federal Rules of Civil Procedure, Plaintiffs may MOTION for an order compelling disclosure or discovery. Defendants failed to make complete and accurate disclosures as required under Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.

## IV.     <u>CONCLUSION</u>

For the reasons stated above, Defendants shall be ORDERD to amend their Certificate of

Interested Parties and Corporate Disclosure Statement to accurately reflect all parties that may

have a limited or substantial outcome to this case.


DATED: August 19, 2024                    By: /s/ Gary Dartez
                                          **GARY DARTEZ**
                                          1503 Macdonald Ave Suite A101
                                          Richmond CA, 94801

                                          By: /s/ Tamisha Latimore
                                          **TAMISHA LATIMORE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via electronic transmission through CM/ECF system.

**Cole Carlson**
**CARLSON IP LAW, LLC**
Managing Attorney
Phone: (813) 445-5175
Email: cole@carlsoniplaw.com

**Joel Siegal**
**SIEGAL & RICHARDSON, LLC**
(415) 777-5547
Email: joelsiegal@yahoo.com
Email: siegalrichardson@gmail.com

**Richard Richardson**
**SIEGAL & RICHARDSON, LLP**
(510) 271-6723
Email: rlr.legal@gmail.com

**Attorneys for Defendants**
*FEDERAL GOVERNMENT ADVISORS LLC*
*FGA POWERED BY GOVCONNECT LLC*

By: /s/ Gary Dartez
**GARY DARTEZ**
1503 Macdonald Ave Suite A101
Richmond CA, 94801
info@dartezenterprises.com

**GARY DARTEZ**
1503 Macdonald Ave. Suite A101
Richmond, CA 94801
Email: info@dartezenterprises.com

**TAMISHA LATIMORE**
Email: tamisha.latimore@gmail.com

**APPEARING PRO SE**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ<br>TAMISHA LATIMORE,<br><br>Plaintiffs.<br><br>vs.<br><br>FEDERAL GOVERNMENT ADVISORS LLC<br>FGA POWERED BY GOVCONNECT LLC,<br><br>Defendants. | **Case No. 24-cv-03132-TLT**<br><br>**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO DISLCOSE INTERESTED PARTIES AND CORPORATE DISCLOSURES** |

### DECLARTION OF GARY DARTEZ

1. I, Gary Dartez, make a declaration of the following statements.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I have made a good faith effort to meet and confer with the Defendants to discuss the matters in dispute.

4. I have conducted my own investigation into the issues of this case regarding the service of process.

5.  All evidence presented in this MOTION was obtained, jointly with Co-Plaintiff Tamisha Latimore, with our own efforts and resources, without the assistance of any attorney or legal processional.

6.  I have exercised due diligence in identifying the parties of interest and gathering relevant evidence supporting allegations of fraud.

7.  The attached exhibits are true and correct copies of the documents referenced herein.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


DATED: August 19, 2024                    By:     /s/ Gary Dartez
                                                           GARY DARTEZ

**GARY DARTEZ**
1503 Macdonald Ave. Suite A101
Richmond, CA 94801
Email: info@dartezenterprises.com

**TAMISHA LATIMORE**
Email: tamisha.latimore@gmail.com

**APPEARING PRO SE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ
TAMISHA LATIMORE,

        Plaintiffs.

   vs.

FEDERAL GOVERNMENT ADVISORS LLC
FGA POWERED BY GOVCONNECT LLC,

        Defendants.

**Case No. 24-cv-03132-TLT**

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO DISLCOSE INTERESTED PARTIES AND CORPORATE DISCLOSURES**

## DECLARTION OF TAMISHA LATIMORE

1. I, Tamisha Latimore, make a declaration of the following statements.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I have made a good faith effort to meet and confer with the Defendants to discuss the matters in dispute.

4. I have conducted my own investigation into the issues of this case regarding the service of process.

5. All evidence presented in this MOTION was obtained, jointly with Co-Plaintiff Gary Dartez, with our own efforts and resources, without the assistance of any attorney or legal processional.

6. I have exercised due diligence in identifying the parties of interest and gathering relevant evidence supporting allegations of fraud.

7. The attached exhibits are true and correct copies of the documents referenced herein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 19, 2024              By:    /s/ Tamisha Latimore
                                               TAMISHA LATIMORE

# EXHIBIT A

Good evening,

This process was served accordingly on June 24, 2024 at approximately 4:18 p.m. I arrived at the location and was met by an individual by the name of Logan Willis who represented himself as over the age of 18. Mr. Wills was asked if the company FGA Powered by GovConnect LLC is located at the location in which he replied he does not know that company. I further inquired if he knows a person by the name Trescot Gear in which he replied yes and is an associate of him located at the address on record according to the USM-285. I asked if he is able to receive the documents in which he said yes. All documents received by M/FL was left with Mr. Wills. This civil process was served accordingly to the directions on the (Serve At ) on the USM-285. Please be advised anything further to contact N/FL Federal Court for further information and/or directions regarding this process is required.

Respectfully,
CIDUSM Arturo Garcia
M/FL (Tampa)
Cell-(813)767-0997

# EXHIBIT B

**STATE OF FLORIDA UNIFORM COMMERICAL CODE**
**FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

ONLINE DEPT.; 888-507-4593

Email ONLINE@FICOSO.COM

B. SEND ACKNOWLEDGEMENT TO:

**FILED**

2023 Jul 05 04:42 PM

\*\*\*\*\*\*\* 202301832690 \*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GOVCONNECT LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One 13952 LYNMAR BLVD | | This space not available. | |
| MAILING ADDRESS Line Two | | CITY TAMPA | STATE FL | POSTAL CODE 33626 | COUNTRY USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FEDERAL GOVERNMENT ADVISORS LLC | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One 8180 WOODLAND CENTER BLVD | | This space not available. | |
| MAILING ADDRESS Line Two | | CITY TAMPA | STATE FL | POSTAL CODE 33614 | COUNTRY USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ADVANTAGE PLATFORM SERVICES INC. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One 104 E 25TH ST, 10TH FLOOR | | This space not available. | |
| MAILING ADDRESS Line Two | | CITY NEW YORK | STATE NY | POSTAL CODE 10010 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Seller grants Buyer a security interest in all of Seller's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory wherever located, and proceeds now

5. ALTERNATE DESIGNATION (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    [UCC1-1223525]

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

# EXHIBIT C

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

Wolters Kluwer Lien Solutions; (800)331-3282

Email ctlsweback@wolterskluwer.com

B. SEND ACKNOWLEDGEMENT TO:

# FILED

2023 Aug 09 01:06 PM

\*\*\*\*\*\*\* 202302180777 \*\*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

## 1. DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Govconnect LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One 921312072 | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY tampa | STATE FL | POSTAL CODE 33626 | COUNTRY USA |

## 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

## 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Parkview Advance LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One 400 Main St | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY Stamford | STATE CT | POSTAL CODE 06901 | COUNTRY USA |

## 4. This FINANCING STATEMENT covers the following collateral:

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets :a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and I. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

## 5. ALTERNATE DESIGNATION (if applicable)

☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

## 6. Florida DOCUMENTARY STAMP TAX - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

## 7. OPTIONAL FILER REFERENCE DATA      94441310-67216834

STANDARD FORM - FORM UCC-1 (REV.05/2013)      Filing Office Copy      Approved by the Secretary of State, State of Florida

# EXHIBIT D

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

Wolters Kluwer Lien Solutions; (800)331-3282
Email ctlsweback@wolterskluwer.com

B. SEND ACKNOWLEDGEMENT TO:

**FILED**

2023 Aug 09 12:29 PM

****** 202302180277 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Govconnect LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 921312072 | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | tampa | FL | 33626 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Sound Advance LLC | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 8 The GReen Suite A | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Dover | DE | 13219 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets :a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credits Rights; j. General Intangibles; k. Supporting Obligations; and I. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN, THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCER IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5. ALTERNATE DESIGNATION (if applicable)**

☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   94440236-67216476

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

# EXHIBIT E

# Detail by Entity Name

Florida Limited Liability Company
FGA POWERED BY GOVCONNECT LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L22000496149 |
| **FEI/EIN Number** | 92-1312072 |
| **Date Filed** | 11/21/2022 |
| **Effective Date** | 11/21/2022 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 03/22/2024 |
| **Event Effective Date** | NONE |

**Principal Address**

13952 LYNMAR BLVD
TAMPA, FL 33626

**Mailing Address**

13952 LYNMAR BLVD
TAMPA, FL 33626

**Registered Agent Name & Address**

GEAR, TRERCOT D
1405 W SWANN AVE
TAMPA, FL 33606

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

LONDONO, JEFFREY

Title MGR

HERNANDEZ, JAVIER

Title MGR

LONDONO, JHON

# EXHIBIT F

# Detail by Entity Name

Florida Limited Liability Company
JNJ INSURANCE AGENCY, LLC

## Filing Information

| | |
|---|---|
| Document Number | L23000529324 |
| FEI/EIN Number | 93-4656771 |
| Date Filed | 11/28/2023 |
| Effective Date | 11/27/2023 |
| State | FL |
| Status | ACTIVE |
| Last Event | LC AMENDMENT AND NAME CHANGE |
| Event Date Filed | 02/26/2024 |
| Event Effective Date | NONE |

## Principal Address

2896 GRIDIRON ISLE
NEW PORT RICHEY, FL 34655

## Mailing Address

2896 GRIDIRON ISLE
NEW PORT RICHEY, FL 34655

## Registered Agent Name & Address

GEAR LAW, LLC
ATTORNEY TRESCAT GEAR
1405 WEST SWANNAVE
TAMPA, FL 33606

Name Changed: 02/26/2024

Address Changed: 02/26/2024

## Authorized Person(s) Detail

**Name & Address**

Title MGR

LONDONO, JEFFREY S, SR

Title MGR

HERNANDEZ, JAVIER D, SR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY DARTEZ<br>TAMISHA LATIMORE,<br><br>      Plaintiffs.<br><br>  vs.<br><br>FEDERAL GOVERNMENT ADVISORS LLC<br>FGA POWERED BY GOVCONNECT LLC,<br><br>      Defendants. | **Case No. 24-cv-03132-TLT**<br><br><br>**ORDER GRANTING MOTION TO COMPEL DEFENDANTS TO DISLCOSE INTERESTED PARTIES AND CORPORATE DISCLOSURES** |

## <u>ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL CONFLICTS</u>

**THIS MATTER** before the Court on the Plaintiffs' Motion to Compel Defendants to disclose Certificate of Interested Parties and Corporate Disclosure Statement. Having considered the motion, the Defendants' opposition, the arguments of Plaintiffs, and the entire record of this case, the Court concludes:

1. Defendants violated Civil L.R. 3-15 for failure to disclose parties and conflicts.

2. Defendants violated Rule 7.1 of the Federal Rules of Civil Procedure for failure to submit a complete disclosure statement, and in a timely manner under 7.1(b).

WHEREFORE, it is ORDERED that the Plaintiffs' motion is GRANTED and that:

1. Defendants shall amend their Certificate of Interested Parties and Corporate Disclosures.

DATED: _____          _____

                                       Honorable Trina L. Thompson<br>                                       United States District Judge