UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FEDERAL GOVERNMENT ADVISORS LLC, et al.,<br><br>   Defendants. | Case No. 24-cv-03132-TLT<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. Nos. 28, 35, 37 |

On August 8, 2024, Defendant filed a Motion to Dismiss for Improper Venue, Insufficient Process, and Failure to State a Claim, or in the Alternative to Transfer Pursuant to 28 USC 1404. Pursuant to Civil Local Rule 7-3(a), Plaintiff's' opposition was due 14 days after the motion was filed, which was August 22, 2024.

Forty-seven days have passed and to date, Plaintiff has not filed an opposition or statement of non-opposition. The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion. Civil Local Rule 7-2 and 7-3.

Accordingly, Plaintiff is ordered, on or before October 10, 2024, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before October 17, 2024.

Further the Plaintiffs are ordered to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent you as your lawyer but can provide basic legal assistance at no cost. You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org. You can find more information at

https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. You can access it online (https://www.cand.uscourts.gov/wpcontent/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf ) or in hard copy free of charge from the Clerk's Office.

The court takes this matter under submission. The court finds this matter appropriate for resolution without oral argument. (By rule or order, the court may provide for submitting and determining motions on briefs, without opposition and without oral hearings.); Civil Local Rule 7(1)(b) (authorizing courts to dispense with oral argument on any motion except where an oral hearing is required by statute).

The hearing scheduled for October 15, 2024, is hereby vacated.  All other orders remain in full force and effect.

IT IS SO ORDERED.

Dated: October 8, 2024

_____
TRINA L. THOMPSON
United States District Judge