# EXHIBIT A

JOEL SIEGAL [SBN: 117044]
**SIEGAL & RICHARDSON, LLP**
436 14th Street, Suite 1106
Oakland, California 94612
Telephone: (510)271-6720
Facsimile: (510) 500-9512
Email: joelsiegal@yahoo.com

Cole Carlson
FL Bar. No: 112863 (admitted *pro hac vice*)
**Carlson IP Law, LLC**
503 E Jackson Street
Suite 901
Tampa, FL 33602
Telephone: (813) 445-5175
Email: cole@carlsoniplaw.com

**Attorney for Defendants**
Federal Government Advisors LLC and
FGA Powered by GovConnect, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GARY DARTEZ and TAMISHA LATIMORE,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL GOVERNMENT ADVISORS LLC and FGA POWERED BY GOVCONNECT, LLC,<br><br>Defendants. | Case No. 3:24-cv-03132-TLT |

## DECLARATION OF COLE CARLSON IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS FEES

1.    My name is Cole Carlson. I am Defendants' attorney from Tampa, Florida, admitted *pro hac vice* in the above-styled matter.

---

DECLARATION OF COLE CARLSON IN SUPPORT OF MOTION FOR ATTORNEYS FEES
-1-

2.      I am the managing attorney at the law firm Carlson IP Law, LLC ("Carlson IP") and counsel for Defendants Federal Government Advisors LLC and FGA Powered by GovConnect, LLC (collectively, "Defendants").

3.      I submit this declaration in support of Defendants' Motion for Attorneys' Fees (the "Motion") pursuant to 17 U.S.C. § 505, N.D. Cal. Local Rule 54-5, and Federal Rule of Civil Procedure 54(d)(2). I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

4.      Having prevailed against Plaintiffs Gary Dartez and Tamisha Latimore, on the breach of contract, data breach, forgery, and copyright infringement claims, Defendants now seek an award of $10,940.00 in reasonable attorneys' fees and expenses. This amount includes fees in connection with work performed by Carlson IP timekeepers as well as timekeepers from the law firm of Siegal & Richardson, LLP, who were acting as local counsel for the case.

5.      Attached hereto as Exhibit A-1 is an itemized description of the individual time entries submitted by Carlson IP timekeepers. Redactions to Exhibit A-1 were made to protect attorney-client privilege and confidentiality and work product privilege.

6.      Attached hereto as Exhibit A-2 is an excerpt from the 2023 Report of the Economic Survey by the American Intellectual Property Law Association ("AIPLA") Law Practice Management Committee released in October 2023.

**THE REASONABLENESS OF CLAIMED FEES**

7.      The undersigned is experienced in complex federal litigation and has achieved significant success for his clients.

8.      The undersigned has maintained contemporaneous records of his time spent working on this matter. The undersigned recorded his time in increments of one-tenth of an hour and provided a detailed description of the work performed.

DECLARATION OF COLE CARLSON IN SUPPORT OF MOTION FOR ATTORNEYS FEES
-2-

9.      I was admitted to practice in Florida in 2014. I have been litigating complex matter, including copyright litigation, for my entire career. I was selected to the Rising Stars 2024 list for Super Lawyers.

10.     I billed hourly at $300 per hour for the entirety of this matter. This rate is $174 per hour less than the average for solo practitioners having 10-14 years of IP Law Attorney Experience and $1,600 per hour less than the average for solo practitioners from the San Francisco area. Ex. A-2 at 3.

11.     I was the co-chair of the Hillsborough County Bar Association's Intellectual Property subcommittee in 2018-2019.

12.      Every year, Carlson IP evaluates its billing rates to ensure that they are commensurate with rates charged by law firms providing comparable services. Given the complexity and nature of the case, I believe the rates to be reasonable and consistent with the market for this type of litigation.

13.     In particular, Carlson IP's rate is well under the AIPLA's median cost of $100,000 for copyright infringement litigation where less than $1 million dollars was at risk inclusive of discovery and motions. Ex. A-2 at 4.

14.     I believe that the work performed was necessary and reasonable in light of the needs of the litigation and was performed efficiently. Of the 29.8 total attorney hours spent on this litigation, I performed 100% of the work.

15.     The total amount of fees being requested for work performed by Carlson IP is $8,940.00

16.     Defendants paid Siegal & Richardson $2,000 to represent Defendants as local counsel which is reasonable for the amount of work performed by Attorney Joel Siegal.

17.     Therefore, Defendants seek a total of $10,940.00 in attorneys' fees.

DECLARATION OF COLE CARLSON IN SUPPORT OF MOTION FOR ATTORNEYS FEES

-3-

**ISSUES WITH PLAINTIFF LATIMORE'S *IN FORMA PAUPERIS* APPLICATION**

18.    Defendant Tamisha Latimore appears to run a business in Richmond, California called "Aveida Homecare."

19.    A true and correct copy of the California Secretary of State's search results showing Tamisha Latimore as owner at 302 S 18th Street, Richmond, California is attached hereto as Exhibit A-3.

20.    The California Secretary of State shows that Aveida Homecare has been in business since 2017 and is an active business. Ex. A-3 at 1.

21.    Attached as Exhibit A-4 is the payment details related to the payment made in this case showing the address associated with Defendant Tamisha Latimore is 302 S 18th Street, Richmond, California.

**COMPLIANCE WITH LOCAL RULE 54-5**

22.    On October 22, 2024, the undersigned emailed Plaintiffs requesting a time to meet and confer concerning the Motion for Attorneys' Fees. Defendants did not receive a response.

23.    On October 23, 2024, the undersigned sent a follow-up email to the Plaintiffs seeking a time to meet and confer. Defendants did not receive a response. The undersigned attempted to call both Plaintiffs on October 23 at the phone numbers publicly available on the CM/ECF system as well but was forced to leave a voicemail when no response was received.

24.    The undersigned emailed Plaintiffs again on October 24 seeking a conference concerning the Defendants' motion but did not receive a response. The correspondence chain is attached hereto as Exhibit A-4.

I declare under penalty of perjury that the foregoing it true and correct.

Dated: October 24, 2024                                  /s/ *Cole Carlson*
                                                         Cole Carlson

DECLARATION OF COLE CARLSON IN SUPPORT OF MOTION FOR ATTORNEYS FEES

-4-

# EXHIBIT A-1

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 07/16/2024 | 🕐 | Preparing correspondence to T. Latimore re allegation of copyright infringement; locating local counsel re ND Cal litigation<br>🟢 Billed invoice 50 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 0.30h | $300.00 | - | $90.00 |
| 07/17/2024 | 🕐 | Preparing motion to dismiss focusing on background section and standards of review<br>🟢 Billed invoice 50 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 2.50h | $300.00 | - | $750.00 |
| 07/18/2024 | 🕐 | Preparing motion to dismiss focusing on insufficient service, failure to state a claim for each count, and background sections; analyzing case law in support of motion to dismiss<br>🟢 Billed invoice 50 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 3.50h | $300.00 | - | $1,050.00 |
| 07/19/2024 | 🕐 | Preparing motion to dismiss/ transfer focusing on transfer convenience factor arguments and improper venue due to arbitration provision arguments<br>🟢 Billed invoice 50 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 1.20h | $300.00 | - | $360.00 |
| 07/22/2024 | 🕐 | Editing declarations of T. Gear and L. Wills in support of motion to dismiss for insufficient service; interfacing with local counsel for local rule compliance<br>🟢 Billed invoice 50 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 0.50h | $300.00 | - | $150.00 |
| 08/01/2024 | 🕐 | Finalizing motion to dismiss and associated exhibits | FGA-00001 v. Dartez and Latimore | Cole Carlson | 0.50h | $300.00 | - | $150.00 |
| | | | | | **29.80h** | | **$0.00**<br>0.00h | **$8,940.00**<br>29.80h |

# Activities Export

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Billed invoice 57 | | | | | | |
| 08/07/2024 | 🕐 | Preparing joint case management statement in preparation for meet and confer with Plaintiffs; preparing correspondence to plaintiffs re same ● Billed invoice 57 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 1.20h | $300.00 | - | $360.00 |
| 08/08/2024 | 🕐 | Formatting motion to dismiss according to ND Cal rules and preparing exhibits for filing; preparing correspondence to client re same ● Billed invoice 57 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 1.50h | $300.00 | - | $450.00 |
| 08/08/2024 | 🕐 | Preparing joint case management report and declaration in support due to Plaintiffs' failure to cooperate in meet and confer ● Billed invoice 57 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 0.50h | $300.00 | - | $150.00 |
| 08/22/2024 | 🕐 | Preparing for scheduling conference and hearing on order to show cause; phone call with client ███████████ ● Billed invoice 57 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 0.80h | $300.00 | - | $240.00 |
| 08/22/2024 | 🕐 | Attending scheduling conference hearing; phone call with client post-hearing discussing ██████ █████████ (0.1) ● Billed invoice 57 | FGA-00001 v. Dartez and Latimore | Cole Carlson | 1.10h | $300.00 | - | $330.00 |
| 08/29/2024 | 🕐 | Attending opening ADR phone | FGA-00001 | Cole | 0.60h | $300.00 | - | $180.00 |
| | | | | | **29.80h** | | **$0.00** 0.00h | **$8,940.00** 29.80h |

# Activities Export

| Date | Type | Description | Matter ▲ | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | conference discussing ENE process and requesting further details on process while discussing possible scheduling<br>🟢 Billed invoice 57 | v. Dartez and Latimore | Carlson | | | | |
| 09/02/2024 | 🕐 | Phone discussion with client discussing ███████ ████████████<br>🟢 Billed invoice 57 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 0.30h | $300.00 | - | $90.00 |
| 09/12/2024 | 🕐 | Settlement phone call with G. Dartez<br>🟢 Billed invoice 59 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 0.70h | $300.00 | - | $210.00 |
| 09/04/2024 | 🕐 | Settlement phone call with G. Dartez<br>🟢 Billed invoice 59 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 0.40h | $300.00 | - | $120.00 |
| 09/23/2024 | 🕐 | Preparing discovery requests focusing on requests for production and interrogatories<br>🟢 Billed invoice 59 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 2.40h | $300.00 | - | $720.00 |
| 09/24/2024 | 🕐 | Preparing discovery requests focusing on requests for admission and formatting other discovery requests for service<br>🟢 Billed invoice 59 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 1.50h | $300.00 | - | $450.00 |
| 10/07/2024 | 🕐 | Preparing hearing outline in preparation for hearing on motion to dismiss before Judge Thompson<br>🟢 Billed invoice 63 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 1.60h | $300.00 | - | $480.00 |
| | | | | | **29.80h** | | **$0.00**<br>0.00h | **$8,940.00**<br>29.80h |

# Activities Export

| Date | Type | Description | Matter ▲ | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/08/2024 | 🕐 | Preparing hearing outline for use at MTD in-person hearing<br>🟢 Billed invoice 63 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 0.70h | $300.00 | - | $210.00 |
| 10/22/2024 | 🕐 | Preparing correspondence to client re ██████████████ ; preparing email to opposing parties re meet and confer on motion for attorneys fees<br>🟢 Billed invoice 63 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 0.10h | $300.00 | - | $30.00 |
| 10/22/2024 | 🕐 | Preparing motion for attorney fees focusing on legal standard and entitlement arguments<br>🟢 Billed invoice 63 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 2.20h | $300.00 | - | $660.00 |
| 10/23/2024 | 🕐 | Preparing motion for attorneys fees focusing on entitlement and preparing declaration in support<br>🟢 Billed invoice 63 | FGA-00001<br>v. Dartez and Latimore | Cole Carlson | 5.70h | $300.00 | - | $1,710.00 |
| | | | | | **29.80h** | | **$0.00**<br>0.00h | **$8,940.00**<br>29.80h |

# EXHIBIT A-2





# Report of the Economic Survey 2023

**Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee**

Nicholas Camillo, Chair

October 2023

Prepared by:



10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

Solo Practitioner

# Billable hours recorded in 2022 (Q32)

*Solo Practitioner*

| | | How many billable hours did you record in 2022? | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 56 | 748 | 306 | 750 | 1,000 |
| Years of IP Law Attorney Experience | 10-14 | 3 | 474 | ISD | 324 | ISD |
| | 15-24 | 18 | 780 | 275 | 865 | 1,020 |
| | 25-34 | 16 | 533 | 225 | 525 | 863 |
| | 35 or More | 15 | 904 | 500 | 750 | 1,200 |
| Location | Boston CMSA | 3 | 627 | ISD | 750 | ISD |
| | NYC CMSA | 3 | 700 | ISD | 1,000 | ISD |
| | Philadelphia CMSA | 3 | 543 | ISD | 580 | ISD |
| | Washington, DC CMSA | 7 | 611 | 200 | 500 | 1,100 |
| | Other East | 4 | 616 | 263 | 632 | 953 |
| | Metro Southeast | 4 | 833 | 368 | 804 | 1,327 |
| | Other Southeast | 4 | 819 | 240 | 875 | 1,343 |
| | Other Central | 9 | 665 | 180 | 750 | 950 |
| | Texas | 4 | 793 | 622 | 785 | 971 |
| | San Francisco CMSA | 3 | 1,900 | ISD | 2,000 | ISD |
| | Other West | 11 | 656 | 300 | 500 | 1,050 |
| IP Technical Specialization (>=50%) | Biotechnology | 6 | 677 | 415 | 696 | 885 |
| | Computer Software | 3 | 793 | ISD | 880 | ISD |
| | Electrical | 5 | 491 | 150 | 405 | 875 |
| | Mechanical | 8 | 747 | 213 | 875 | 1,072 |
| | Medical/Health Care | 4 | 925 | 398 | 871 | 1,508 |
| Age | 40-44 | 6 | 937 | 228 | 950 | 1,598 |
| | 45-49 | 3 | 483 | ISD | 324 | ISD |
| | 50-54 | 8 | 763 | 256 | 840 | 1,000 |
| | 55-59 | 8 | 827 | 500 | 888 | 1,038 |
| | 60 or Older | 30 | 707 | 300 | 644 | 1,000 |
| Gender | Male | 47 | 736 | 300 | 687 | 1,000 |
| | Female | 7 | 688 | 324 | 750 | 1,079 |
| Highest Non-Law Degree | Bachelor's Degree | 25 | 892 | 500 | 775 | 1,240 |
| | Master's Degree | 23 | 675 | 136 | 880 | 1,000 |
| | Doctorate Degree | 7 | 502 | 200 | 324 | 453 |
| Ethnicity | White/Caucasian | 47 | 734 | 300 | 687 | 1,000 |
| | Prefer not to respond | 3 | 1,063 | ISD | 1,000 | ISD |

Total Costs: Litigation-Copyright Infringement by Type of Practice

Litigation-Copyright Infringement <$1M Initial case management (000s) by Type of Practice (Q49Aa)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 18 | 9 | 4 | 1 | 4 | 0 |
| Mean (Average) | $52 | $62 | $13 | ISD | $79 | ISD |
| First Quartile 25% | $5 | $4 | $4 | ISD | $24 | ISD |
| Median (Midpoint) | $15 | $5 | $15 | ISD | $55 | ISD |
| Third Quartile 75% | $35 | $19 | $19 | ISD | $159 | ISD |

Litigation-Copyright Infringement <$1M Inclusive of discovery, motions, and claim construction (000s) by Type of Practice (Q49Ab)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 15 | 7 | 4 | 1 | 3 | 0 |
| Mean (Average) | $136 | $87 | $90 | ISD | $325 | ISD |
| First Quartile 25% | $60 | $12 | $70 | ISD | ISD | ISD |
| Median (Midpoint) | $100 | $80 | $100 | ISD | $300 | ISD |
| Third Quartile 75% | $200 | $150 | $100 | ISD | ISD | ISD |

Litigation-Copyright Infringement <$1M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Type of Practice (Q49Ac)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 14 | 6 | 4 | 1 | 3 | 0 |
| Mean (Average) | $296 | $133 | $175 | ISD | $800 | ISD |
| First Quartile 25% | $80 | $16 | $54 | ISD | ISD | ISD |
| Median (Midpoint) | $193 | $125 | $193 | ISD | $700 | ISD |
| Third Quartile 75% | $438 | $215 | $278 | ISD | ISD | ISD |

# EXHIBIT A-3

California
*Secretary of State*

Business          UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited*

## AVEIDA HOME CARE LLC (201728210224)



**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | 10/02/2017 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 1025 NEVIN AVE #2024 RICHMOND, CA 94801 |
| *Mailing Address* | 1025 NEVIN AVE #2024 RICHMOND,CA94801 |
| *Statement of Info Due Date* | 10/31/2023 |
| *Agent* | Individual TAMISHA LATIMORE 302 S 18TH STREET RICHMOND, CA  94804 |



**View History**



**Request Access**

Business          UCC

Home

Search

Forms

Help

...ntcorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the

# AVEIDA HOME CARE LLC (201728210224)



Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 10/02/2017 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 1025 NEVIN AVE #2024 RICHMOND, CA 94801 |
| *Mailing Address* | 1025 NEVIN AVE #2024 RICHMOND,CA94801 |
| *Statement of Info Due Date* | 10/31/2023 |
| *Agent* | Individual TAMISHA LATIMORE 302 S 18TH STREET RICHMOND, CA  94804 |



View History



Request Access



# EXHIBIT A-4

## cole@carlsoniplaw.com

| | |
|---|---|
| **From:** | cole@carlsoniplaw.com |
| **Sent:** | Thursday, October 24, 2024 1:28 PM |
| **To:** | 'Dartez Enterprises'; 'Latimore Tamisha' |
| **Cc:** | 'Joel Siegal'; linda@siegalrichardsonlaw.com |
| **Subject:** | RE: Dartez et al v FGA et al: Motion for Attorneys Fees |

Mr. Dartez and Ms. Latimore,

Defendants take your lack of response as an objection to the motion. If you would like to work something out, please call.

Sincerely,
Cole Carlson
Managing Attorney
(813)445-5175
cole@carlsoniplaw.com



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** cole@carlsoniplaw.com <cole@carlsoniplaw.com>
**Sent:** Wednesday, October 23, 2024 3:13 PM
**To:** 'Dartez Enterprises' <dartezenterprises@gmail.com>; 'Latimore Tamisha' <tamisha.latimore@gmail.com>
**Cc:** 'Joel Siegal' <joelsiegal@yahoo.com>; linda@siegalrichardsonlaw.com
**Subject:** RE: Dartez et al v FGA et al: Motion for Attorneys Fees

Mr. Dartez and Ms. Latimore,

I left both of you voicemails earlier today about availability for a meet and confer. Absent settlement, it appears that Defendant will be requesting about $10,000 in attorneys fees. Please advise as to your availability.

Sincerely,
Cole Carlson
Managing Attorney
(813)445-5175
cole@carlsoniplaw.com



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** cole@carlsoniplaw.com <cole@carlsoniplaw.com>
**Sent:** Tuesday, October 22, 2024 10:17 AM
**To:** 'Dartez Enterprises' <dartezenterprises@gmail.com>; 'Latimore Tamisha' <tamisha.latimore@gmail.com>
**Cc:** 'Joel Siegal' <joelsiegal@yahoo.com>; linda@siegalrichardsonlaw.com
**Subject:** RE: Dartez et al v FGA et al: Motion for Attorneys Fees

Forgot to copy Joel and his assistant.

Sincerely,
Cole Carlson
Managing Attorney
(813)445-5175
cole@carlsoniplaw.com



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** cole@carlsoniplaw.com <cole@carlsoniplaw.com>
**Sent:** Tuesday, October 22, 2024 9:48 AM
**To:** 'Dartez Enterprises' <dartezenterprises@gmail.com>; 'Latimore Tamisha' <tamisha.latimore@gmail.com>
**Subject:** Dartez et al v FGA et al: Motion for Attorneys Fees

Mr. Dartez and Ms. Latimore,

Please provide times you are available today, tomorrow, or Thursday for a meet and confer regarding Defendant's forthcoming motion for attorneys' fees pursuant to Local Rule 54-5. It is anticipated that Defendants will be requesting about $9,000 in attorneys' fees for the defense of this case.

Sincerely,
Cole Carlson
Managing Attorney
(813)445-5175
cole@carlsoniplaw.com



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.