United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DARTEZ, et al., | Case No. 24-cv-03132-TLT |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| FEDERAL GOVERNMENT ADVISORS LLC, et al., | Re: Dkt. No. 51 |
| Defendants. | |

The Court granted Defendants' motion to dismiss all claims with prejudice after Plaintiffs failed to file an opposition and could not provide good cause. ECF 50. On October 21, 2024, pursuant to Civil Local Rule 7-9, Plaintiffs filed Motion for Leave to File Motion for Reconsideration. ECF 51.

Plaintiffs have not carried their burden in meeting the requirements under Civil Local Rule 7-9. Plaintiffs contend that they uncovered new and critical evidence but are only able to provide conclusory allegations. Plaintiffs also assert that they are entitle to leniency due to their *pro se* status. Plaintiffs were provided an opportunity to file an opposition brief 49 days after the brief was due. ECF 48. Plaintiffs did not file an opposition brief and were unable to provide good cause for their failure. ECF 50. Plaintiffs were referred to the help desk on May 28, 2024 (ECF 6), July 17, 2024 (ECF 19), July 28, 2024 (ECF 29), August 23, 2024 (ECF 42), and October 8, 2024 (ECF 48). Having considered the motion as well as papers on file in this case, the Court **DENIES** Plaintiffs' Motion for Leave to File Motion for Reconsideration.

Currently pending is Defendants' motion for attorney's fees pursuant to 17 U.S.C. section 505. ECF 52. Plaintiffs' opposition is due November 7, 2024, and Defendants' reply is due November 14, 2024.

*Pro se* Plaintiffs are encouraged to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent parties as their lawyer but can provide basic legal assistance at no cost. Parties can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org. Parties can find more information at United States District Court Northern District of California https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. Parties can access it online (https://www.cand.uscourts.gov/wp content/uploads/2023/03/Pro_Se_Handbook_4- 2024_MBB.pdf ) or in hard copy free of charge from the Clerk's Office.

This Order resolves ECF 51.

**IT IS SO ORDERED.**

Dated: October 31, 2024

_____

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2