# EXHIBIT A

JOEL SIEGAL [SBN: 117044]
**SIEGAL & RICHARDSON, LLP**
436 14th Street, Suite 1106
Oakland, California 94612
Telephone: (510)271-6720
Facsimile: (510) 500-9512
Email: joelsiegal@yahoo.com

Cole Carlson
FL Bar. No: 112863 (admitted *pro hac vice*)
**Carlson IP Law, LLC**
503 E Jackson Street
Suite 901
Tampa, FL 33602
Telephone: (813) 445-5175
Email: cole@carlsoniplaw.com

**Attorney for Defendants**
Federal Government Advisors LLC and
FGA Powered by GovConnect, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GARY DARTEZ and TAMISHA LATIMORE, | Case No. 3:24-cv-03132-TLT |
| Plaintiffs, | |
| vs. | |
| FEDERAL GOVERNMENT ADVISORS LLC and FGA POWERED BY GOVCONNECT, LLC, | |
| Defendants. | |

## DECLARATION OF TRESCOT GEAR

1.      I, Attorney Trescot Gear, Florida Bar No. 118216, and my firm, Gear Law, LLC, operate as Registered Agent for Federal Government Advisors LLC and FGA Powered by GovConnect LLC, in concert with the Florida Division of Corporations.

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

-1-

2.      My office address is listed as 1405 West Swann Avenue, Tampa, FL, 33606, an office building with multiple offices, of which my office is located in one of said offices on the second floor, along with three other businesses; two of which are on the first floor and one on the second floor with my office.

3.      The building at 1405 West Swann Avenue is owned by 1405 Swann Avenue LLC, a Florida limited liability company owned and run by a third party who is unaffiliated with my firm.

4.      1405 West Swann Avenue does not have a common receptionist in the building.

5.      The recipient of service in this matter, Mr. Logan Wills, is not and has never been an employee, contractor, or affiliated person with me or my firm, and Mr. Wills docs not have operational control over the 1405 West Swann Avenue building.

6.      Mr. Wills works for one of the businesses on the first floor of 1405 West Swann Avenue.

7.      I was informed by Mr. Wills on June 26th, 2024, that he had received documents, when he noted there were 2 manila folders sitting on a counter by the front door to the building.

8.      When I opened said folders, they contained two identical complaints in this matter, and a blank summons page stapled to the front, with no identification of who was served in this matter. I learned the following week that these folders had not been dropped off by USPS but had been in the possession of the U.S. Marshals Service who must have attempted service on a person who works in my office building.

9.      I informed my client that I had received these folders, but I noted no return of service, which led me to believe service had not been properly effectuated upon me as registered agent for the Defendant.

10.     I then emailed the Plaintiffs on July 8, 2024:

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

-2-

"Mr. Dartez and Ms. Latimore, I do not believe my office and FGA were properly served with the Complaint in your Northern District of California case. Please forward your process server's information to my attention so that they may re-attempt such. In lieu of that, if you'll agree to a deadline of August 8th for a responsive pleading in this matter, we will waive service of process." A true and correct copy of this email is attached hereto as Exhibit C-1.

11. After being rebuffed by the Plaintiffs in my request for re-service ohhis matter, my client and I first attempted to retain local counsel in the Northern District, and after no success reached out to Florida Attorney Cole Carlson of Carlson IP Law on July 15th, 2024, who has thusly been retained by the Defendant in this matter.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2024

# EXHIBIT B

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Gary Dartez et al ,

Plaintiff(s),

v.

Federal Governemnet Advisors ,

Defendant(s).

Case No. C 24-03132

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Cole Carlson , an active member in good standing of the bar of Florida , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Federal Government Adviosrs LL in the above-entitled action. My local co-counsel in this case is Joel H. Siegal , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 117044 .

503 E Jackson St # 901 Tanpa, Fl. 33603

MY ADDRESS OF RECORD

813 445-5175

MY TELEPHONE # OF RECORD

Cole@corlson iplaw. com

MY EMAIL ADDRESS OF RECORD

436- 14th Street, Suite 1106 Oakland Ca.94612

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-271-6720

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

joelsiegal@yahoo.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 112863.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2024

Cole Carlson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Cole Carlson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 26, 2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# EXHIBIT C

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ALPER AUTOMOTIVE, INC. d/b/a AA IGNITION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  9:18-cv-81753-DMM |
| DAY TO DAY IMPORTS, INC. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  HAROLD THOMAS WALTERS
118 E Washington Street, Millersburg, IN 46543

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  ANTHEM REPORTING, Regus - South Bend 1251 North Eddy Street, #200, South Bend, IN 46617 | Date and Time: 08/21/2019 9:00 am |
|---|---|

The deposition will be recorded by this method:   video and stenographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:
See attached Attachment A. NOTE - You are required to produce said documents NO LATER THAN TWO BUSINESS DAYS prior to your deposition. Documents can be produced by paper or electronic means. If copying costs are incurred, they will be reimbursed.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  6/26/19

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  ____Plaintiff____
Alper Automotive, Inc. d/b/a AA Ignotion _____ , who issues or requests this subpoena, are:
Cole Y. Carlson, GrayRobinson, P.A., 401 East Jackson Street, Suite 2700, Tampa, Florida, 33602
cole.carlson@gray-robinson.com, (813) 273-5063

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the U.S. Court of Appeals, Federal Circuit, U.S. District Court for the Northern District of Florida, U.S. District Court for the Middle District of Florida, U.S. District Court for the Southern District of Florida, and the Bars of the State of Florida and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund, effective September 1, 2016, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's office upon the filing of this Motion.

Signed: _____

Date: _____9/29/17_____

Cole Y. Carlson
Gray Robinson, P.A.
401 East Jackson Street
Suite 2700
P.O. Box 3324 (33601-3324)
Tampa, Florida 33602
P 813-273-5000
F 813-273-5145
Email: cole.carlson@gray-robinson.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the U.S. Court of Appeals, Federal Circuit, U.S. District Court for the Northern District of Florida, U.S. District Court for the Middle District of Florida, U.S. District Court for the Southern District of Florida, and the Bars of the State of Florida and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for District Court Fund, effective September 1, 2016, I further certify that the annual fee of $25.00 has been or will be submitted to the Clerk's office upon the filing of this Motion.

Signed: _____

Date: ____5 / 15 / 18_____

Cole Y. Carlson
Gray Robinson, P.A.
401 East Jackson Street
Suite 2700
P.O. Box 3324 (33601-3324)
Tampa, Florida 33602
P 813-273-5000
F 813-273-5145
Email: cole.carlson@gray-robinson.com

# EXHIBIT D

# Side-by-Side Handwriting Comparison

**A: Attorney Cole Carlson's dated pro hac vice application to this Court**

Dated: July 22, 2024

**B: Attorney Trescot Gear's dated declaration as seen in Defendants' Motion to Dismiss**

Executed on: July 23, 2024

**C: Attorney Cole Carlson's handwriting and date formatting on other legal documents**

Date: 5/15/18

Date: 9/29/17

Date: 6/26/19

# EXHIBIT E

| | |
|---|---|
| 21 | *05/17/2024* STIPULATION *Accepting Service and Enlarging Defendants' Time to Respond to Complaint* by BEST MAN MANHATTAN FL, LLC, BEST MAN MANHATTAN, LLC, BEST MAN MGT, LLC, AMANUEL DANIACHEW, DAVID DELLINGER, BRADLEY GOLDSMITH, SAMANTHA HARRISON, MANHATTAN BEST, LLC, Mark Mezzancello, Patricia Mezzancello (Carlson, Cole) |
| 22 | *05/20/2024* MOTION TO DISMISS **1** Complaint,, FOR FAILURE TO STATE A CLAIM *, or in the alternative*, MOTION for More Definite Statement by BEST MAN MANHATTAN FL, LLC, BEST MAN MANHATTAN, LLC, BEST MAN MGT, LLC, AMANUEL DANIACHEW, DAVID DELLINGER, BRADLEY GOLDSMITH, SAMANTHA HARRISON, MANHATTAN BEST, LLC, Mark Mezzancello, Patricia Mezzancello. Responses due by 6/3/2024. (Attachments: # **1** Exhibit A, # **2** Exhibit B) (Carlson, Cole) |
| 23 | *05/23/2024* PAPERLESS ORDER: In light of the Order Transferring Case to Judge Aileen M. Cannon **18** , Plaintiffs' Motion to Change Venue **17** is DENIED AS MOOT. Signed by Judge Aileen M. Cannon on 5/23/2024. (mdo) |
| 24 | *05/23/2024* PAPERLESS ORDER denying without prejudice **20** Motion to Appear Pro Hac Vice. While the Motion has Local Counsel listed as Cole Carlson, and while the Motion was filed by Cole Carlson, the Clerk indicates that the Motion was signed by Stefan V. Stein, who is not listed as an attorney to this case and is not listed as local counsel/movant in the motion. Counsel may file an Amended Motion for Pro Hac Vice that complies with this Order and with this District's pro hac vice requirements. Detailed instructions can be accessed here: https://www.flsd.uscourts.gov/pro-hac-vice-appearance. Signed by Judge Aileen M. Cannon on 5/23/2024. (mdo) |
| 25 | *05/23/2024* Amended MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Jason A. Stewart. Filing Fee $ 200.00 Amended/Corrected Motion to Appear Pro Hac Vice Filed - Filing Fees Previously Paid. See **20** Motion to Appear Pro Hac Vice, by BEST MAN MANHATTAN FL, LLC, BEST MAN MANHATTAN, LLC, BEST MAN MGT, LLC, AMANUEL DANIACHEW, DAVID DELLINGER, BRADLEY GOLDSMITH, SAMANTHA HARRISON, MANHATTAN BEST, LLC, Mark Mezzancello, Patricia Mezzancello. Responses due by 6/6/2024. (Carlson, Cole) |
| 26 | *05/28/2024* PAPERLESS ORDER granting **25** Amended Motion to Appear *Pro Hac Vice*, Consents to Designation, and Requests to Electronically Receive Notices of Electronic Filing for Attorney Jason A. Stewart. The Court reserves the power to withdraw permission for special appearance at any time. Failure to abide by any court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time. Signed by Judge Aileen M. Cannon on 5/28/2024. (mdo) |
| 27 | *06/03/2024* RESPONSE to Motion re **22** MOTION TO DISMISS **1** Complaint,, FOR FAILURE TO STATE A CLAIM *, or in the alternative* MOTION for More Definite Statement filed by LORIA MEDICAL OF NEW YORK, PLLC, LORIA MEDICAL, LLC, LORIA PHARMACEUTICAL, LLC. Replies due by 6/10/2024. (Phillips, Jacob) |
| 28 | *06/10/2024* Defendant's REPLY to Response to Motion re **22** MOTION TO DISMISS **1** Complaint,, FOR FAILURE TO STATE A CLAIM *, or in the alternative* MOTION for More Definite Statement filed by BEST MAN MANHATTAN FL, LLC, BEST MAN MANHATTAN, LLC, BEST MAN MGT, LLC, AMANUEL DANIACHEW, DAVID DELLINGER, BRADLEY GOLDSMITH, SAMANTHA HARRISON, MANHATTAN BEST, LLC, Mark Mezzancello, Patricia Mezzancello. (Carlson, Cole) |
| 29 | *06/19/2024* NOTICE of Attorney Appearance by Stefan Vaughn Stein on behalf of BEST MAN MANHATTAN FL, LLC, BEST MAN MANHATTAN, LLC, BEST MAN MGT, LLC, AMANUEL DANIACHEW, DAVID DELLINGER, BRADLEY GOLDSMITH, SAMANTHA HARRISON, MANHATTAN BEST, LLC, Mark Mezzancello, Patricia Mezzancello. Attorney Stefan Vaughn Stein added to party BEST MAN MANHATTAN FL, LLC(pty:dft), Attorney Stefan Vaughn Stein added to party BEST MAN MANHATTAN, LLC(pty:dft), Attorney Stefan Vaughn Stein added to party BEST |

# EXHIBIT F

 Gmail

## Schedule for 3:24-cv-03132-TLT - Dartez et al v. Federal Government Advisors LLC et al

2 messages

**cole@carlsoniplaw.com** <cole@carlsoniplaw.com>                    Tue, Sep 17, 2024 at 12:53 PM
To: TLTCRD@cand.uscourts.gov
Cc: Dartez Enterprises <dartezenterprises@gmail.com>, Latimore Tamisha <tamisha.latimore@gmail.com>, Joel Siegal <joelsiegal@yahoo.com>

Good afternoon,

I'm writing concerning the above-styled case. I represent the Defendants and Plaintiffs are cc'd. My concern relates to Dkt. 39 - Plaintiff's Motion to Compel Certification of Interested Parties and Corporate Disclosures. Specifically, the hearing appears to be set for 10/8 but it is not on Judge Thompson's calendar and the briefing schedule is currently set for after the hearing date (10/22 for responses and 10/29 for replies). If it is going to heard during the currently scheduled hearing on the motion to dismiss and motion to strike on 10/15 then that is fine with Defendants but some clarification may be needed.

Sincerely,

Cole Carlson

Managing Attorney

(813)445-5175

cole@carlsoniplaw.com



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**cole@carlsoniplaw.com** <cole@carlsoniplaw.com>                    Tue, Sep 17, 2024 at 1:32 PM
To: TLTCRD@cand.uscourts.gov
Cc: Dartez Enterprises <dartezenterprises@gmail.com>, Latimore Tamisha <tamisha.latimore@gmail.com>, Joel Siegal <joelsiegal@yahoo.com>

Good afternoon,

Upon review of the Court's scheduling order, Dkt. 39 is moot. Dkt. 49 at 2. Please disregard my previous email.

Sincerely,

Cole Carlson

Managing Attorney

(813)445-5175

cole@carlsoniplaw.com



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

[Quoted text hidden]