United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DARTEZ, et al.,

           Plaintiffs,

      v.

FEDERAL GOVERNMENT ADVISORS LLC, et al.,

           Defendants.

Case No.24-cv-03132-TLT

**JUDGMENT**

Re: Dkt. No. 50

On October 11, 2024, the Court granted Defendants' motion to dismiss. ECF 50. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs.  The Clerk of Court has closed the file in this matter.

    **IT IS SO ORDERED.**

Dated: January 8, 2025

_____
TRINA L. THOMPSON
United States District Judge